# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141296(69)

ROBERT ADAIR,
      Plaintiff-Appellee,

v

UTICA COMMUNITY SCHOOLS,
      Defendant,

and

UTICA SKILLED TRADES ASSOCIATION,
      Defendant-Appellant.
_____/

SC: 141296
COA: 288286
Macomb CC: 07-003776-CK

On order of the Court, the motion for reconsideration of this Court's February 4, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would reverse the judgment of the Court of Appeals for the reasons set forth in his statement in this case, 488 Mich 1037 (2011).

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

d0620